**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
EDWIN FERNANDO PENA, JR.,

                Plaintiff,                19 **CIVIL** 11752 (NSR) (JCM)

      -v-                                 **JUDGMENT**

ANDREW M. SAUL,
Commissioner of Social Security,
                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 8, 2020, that this action be, and hereby is, reversed and remanded to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:**  New York, New York
         May 8, 2020

                                                        **RUBY J. KRAJICK**
                                                       _____
                                                             Clerk of Court
                                      **BY:**  _____
                                                                Deputy Clerk